TIM M. HIGGINS, WSBA No. 5190
PATRICK J. CRONIN, WSBA No. 28254
WINSTON & CASHATT
601 W. Riverside, Ste. 1900
Spokane, Washington 99201
Telephone: (509) 838-6131
Facsimile: (509) 838-1416

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 14 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SPOKANE SCHOOL DISTRICT NO. 81, a Washington municipal corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a foreign insurance company,<br><br>                    Defendant. | No. CV-03-384-EFS<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED by and between the parties

hereto, through their respective counsel, that the above-entitled action has been

STIPULATION FOR AND ORDER
OF DISMISSAL
Page 1

fully settled and compromised and that said cause of action may be dismissed with

prejudice and without costs and the following Order of Dismissal is hereby

approved and notice of presentment waived.

DATED: _____

JOHN A. MANIX
STEVENS, CLAY & MANIX
Attorneys for Plaintiff

DATED: _____

TIMOTHY P. CRONIN
MULLIN, CRONIN, CASEY & BLAIR
Attorneys for Plaintiff

DATED: _____

TIM M. HIGGINS
PATRICK J. CRONIN
WINSTON & CASHATT
Attorneys for Defendant

## ORDER OF DISMISSAL

PURSUANT TO THE FOREGOING STIPULATION, IT IS HEREBY

ORDERED that the above-entitled action be and the same is hereby dismissed with

prejudice and without costs.

STIPULATION FOR AND ORDER
OF DISMISSAL
Page 2

DONE IN OPEN COURT this ____ day of ~~June~~ 2005. 13 TH July

_____
HONORABLE EDWARD F. SHEA

Presented by:

_____
TIM M. HIGGINS
PATRICK J. CRONIN
WINSTON & CASHATT
Attorneys for Defendant

Notice of Presentment Waived:

_____
JOHN A. MANIX
STEVENS, CLAY, MANIX
Attorneys for Plaintiff

_____
TIMOTHY P. CRONIN
MULLIN, CRONIN, CASEY & BLAIR
Attorneys for Plaintiff

56934

STIPULATION FOR AND ORDER
OF DISMISSAL
Page 3